| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| I. Person Reporting (last name, first, middle initial)<br><br>Brown, Wesley E | 2. Court or Organization<br><br>District of Kansas | 3. Date of Report<br><br>4/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>414 U. S. Courthouse<br>401 North Market Street<br>Wichita, Kansas 67202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY -8 P 12:19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Wesley E | 4/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Wesley E | 4/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Wesley E | 4/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Intrust Bank (checking) | A | Interest | L | T | | | | | |
| 2. Veterans Administration Insurance | A | Dividend | K | T | | | | | |
| 3. SEI Tax Exempt Inter. SEIMX | C | Dividend | M | T | sell | 11/16 | L | | |
| 4. Amer. Ind. Tax Ex. Bond Fund SEKSX | E | Dividend | O | T | buy | 3/7 | K | | |
| 5. | | | | | buy | 4/27 | J | | |
| 6. | | | | | buy | 9/8 | J | | |
| 7. Federated Money Market Fund M0FXX | A | Interest | J | T | | | | | |
| 8. Allianz Funds CCM Emerg. Cos. Instl. Cl. PMCIX | | None | J | T | buy | 11/16 | J | | |
| 9. American Century Ultra Fund Instl. TWUIX | A | Dividend | J | T | buy | 11/16 | J | | |
| 10. American Independence Stock Fund I Cl. ISISX | A | Dividend | K | T | buy | 11/16 | K | | |
| 11. American Independence Int'l Equity I Cl. IMSSX | A | Dividend | K | T | buy | 11/16 | K | | |
| 12. Federated Max Cap Index Fund Instl. FISPX | A | Dividend | K | T | buy | 11/16 | K | | |
| 13. Franklin Strategic Series Sm/Mid Cap Gwth FRSGX | A | Dividend | J | T | buy | 11/16 | J | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Pursuant to Part VII Investments and Trust information, the following positions were deleted from Judge Brown's report due to the death of his wife ▮▮▮▮ Brown. She did not leave any of the positions to Judge Wesley Brown as all were inherited by her family. Therefore, positions previously indicated on the 2004 financial disclosure report are no longer included in Judge Brown's investment holdings.

Anadarko Petroleum Corp., APC
Bank of America Corp., BAC
Caterpillar Inc., CAT
Chubb Corp., CB
CitiGroup Inc., C
Electronic Data Systems Corp., EDS
Fannie Mae, FNM
General Electric Co, GE
Hewlett Packard Co., HPQ
JP Morgan Chase, JPM
Microsoft Corp., MSFT
Schlumberger Ltd., SLB
Pimco CCM Emerging Companies ADM, PMGAX
Associates Corp NA DTD
Bank One Corp DTD
Federal Home Loan Mortgage Corp FC
Federal National Mortgage ASSN DTD
Household Finance Corp.
International Business Machines
US Treasury BD Stripped
US Treasury Bond
US Treasury Note
AIM Tax Exempt Funds Inc. Tax Free Intermeidate fund CL A3
FHLMC Pool ▮
FHLMC Pool ▮
FHLMC Pool ▮
FNMA Pool #▮
FNMA Pool #▮
FNMA Pool #▮
FNMA Pool #▮
FNMA Pool #▮

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Wesley E | 4/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date __4/__/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544